■ THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES HERNANDEZ.— Motion for an enlargement of time granted, insofar as to extend the defendant's time to serve and file the record on appeal and appellant's points to and including October 4, 1960, with notice of argument for the November 1960 Term

of this court, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before October 19, 1960. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.